IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATERINA REALE and SALVATORE REALE, her husband,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY<br><br>Defendant. | Civil Action No.: 02:07-CV-508 |

**STIPULATION OF COUNSEL**

AND NOW, Come the Plaintiffs and Defendant, Ford Motor Company, by and through their respective counsel of record, and hereby stipulate and agree that Plaintiff's Complaint is amended as follows:

1. Count III of Plaintiffs' Complaint is withdrawn and stricken from the Complaint.

2. Those claims in Count IV of Plaintiffs' Complaint which concern the vehicle's warranties are withdrawn and stricken from the Complaint.

3. Ford Motor Company's Motion to Dismiss is withdrawn.

IT IS SO STIPULATED AND AGREED TO,

By: _____
Carl R. Schiffman, Esquire
Counsel for Plaintiffs, Caterina and Salvatore Reale

By: _____
Nancy R. Winschel, Esquire
Counsel for Defendant, Ford Motor Company

AND NOW, this 18
day of July, 2007,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE